## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **JANET LANISE LEGGETT,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   CV 08-0401-KD-C |
| | ) |
| **UNITED STATES OF AMERICA,** | ) |
| *et. al*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated May 20, 2009, is **ADOPTED** as the opinion of this Court.

**DONE** this the **9th** day of **June 2009.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**